IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MICHAEL TELTSER, | BANKR. NO. 14-19158-AMC |
| Debtor. | |

| | |
|---|---|
| ANDREW R. VARA,<br>ACTING UNITED STATES TRUSTEE, | ADV. NO. 15-153 |
| Plaintiff, | |
| v. | |
| MICHAEL TELTSER, | |

**ORDER APPROVING SETTLEMENT AND DISMISSING ADVERSARY COMPLAINT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041 AND DISMISSING BANKEURPTCY CASE PURSUANT TO 11. U.S.C§ 707 (a) WITH A TWO YEAR BAR**

AND NOW, this ___ day of February, 2016, upon consideration of the Motion to Approve Settlement between the United States trustee and Michael Teltser, it is hereby

ORDERED, that the Motion is granted approving settlement; and it is further

ORDERED, that this Adversary Complaint is DISMISSED; it is further

ORDERED, that the main bankruptcy case, docket number 14-19158 is DISMISSED; and it is further

ORDERED, that Michael Teltser is prohibited from filing a bankruptcy case for a period of two (2) years from the date of this Order.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge